UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF EDUCATION OF CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

- against -

R.G., ET AL,

Defendants.

26-cv-6390 (JGK)

**Order**

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **December 15, 2026.**

SO ORDERED.

Dated: New York, New York
November 23, 2026

John G. Koeltl
United States District Judge